Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Petition of BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN and THEODORE W. KNAUTH, as Ancillary Administrator with the Will Annexed of EMIL SEEKAMP, Deceased, Appellants, to Compel COUNTY TRUST COMPANY and WILLIAM A. DAVIDSON, as Administrators with the Will Annexed of WELCOME G. HITCHCOCK, etc., Deceased, to Render and Settle Their Accounts as Such Administrators, etc.— Motion for reargument denied, with ten dollars costs, it appearing from the moving papers that the administrators do not object to an accounting. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Petition of BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN and THEODORE W. KNAUTH, as Ancillary Administrator with the Will Annexed of EMIL SEEKAMP, Deceased, Appellants, to Compel COUNTY TRUST COMPANY and WILLIAM A. DAVIDSON, as Administrators with the Will Annexed of CLARA F. HITCHCOCK, etc., Deceased, to Render and Settle Their Accounts as Such Administrators, etc.— Motion for reargument denied, with ten dollars costs, it appearing from the moving papers that the administrators do not object to an accounting. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated at the Southeast Corner of Hampton Avenue and Irwin Street, in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law. (Application of CORBIN EDGELL, Individually and /or as Sole Surviving Executor, etc., of ISABELLA C. EDGELL, Deceased, for Payment of an Award to " Unknown Owners " Made for Damage to Land Described in Proceedings under the Above Title as Block 7517, Lot 960, as Shown on the Damage Map Attached to the Final Decree Herein.)— Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands on Powell Street between Dumont and Livonia Avenues, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes, According to Law.— Motion to confirm referee's report granted, except as to the conclusion of law that the first mortgage of $3,500 and interest be paid to James W. McDermott. This should be paid to Charles J. McDermott, as executor. The report is, therefore, modified in this respect, and as so modified confirmed, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ. Settle order on notice.

In the Matter of the Appraisal under the Transfer Tax Acts of the Property of LUTHER G. CORWITH, Deceased. LIZZIE W. CORWITH, Executrix, etc., Appellant; STATE TAX COMMISSION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of CHARLES V. KENISON and FANCHEON A. KENISON, Petitioners, for an Order of Certiorari against HARRY B. DECKER, as Mayor, CHARLES W. CYPHER and Others, Constituting the Board of Trustees of the Village of North Tarrytown, Westchester County, New York, and THOMAS